8

From: The District Court of the Seventh Judicial District, County of Richland. STATE OF MONTANA, Plaintiff, vs. LITTLE JOE HALL, Defendant.

## DECISION

No. 5124

The application of the above-named defendant for a review of the sentence of 8 years   2 years for weapon with 3 years suspended   conditions imposed on March 30, 1982, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall remain the same as originally imposed.

The sentence seems to be well in line with other crimes of a similar nature. Also Swan River has a good rehabilitation program, and this Board feels the Defendant could benefit from it.

We wish to thank Chris Britton, of the Montana Defender Project, for her assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.

## SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan

From: The District Court of the Seventh Judicial District, County of Dawson. STATE OF MONTANA, Plaintiff, vs. DEBORAH DARLENE BAKER, Defendant.

## DECISION

No. DC-81-057

The application of the above-named defendant for a review of the sentence of 10 years with 4 years suspended   conditions imposed on July 12, 1982, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be amended to 6 years for Count I, Criminal Sale of Dangerous Drugs; and 6 years for Count III, Criminal Sale of Dangerous Drugs. The sentences shall run concurrent.

The Defendant has some skills and a lesser sentence would give a possible chance for rehabilitation. She will be incarcerated longer than on good time because of the Idaho situation she is involved in.

Judge Langen Dissents: He recommends that the original sentence imposed by Judge Gulbrandson be sustained for the reasons stated in the judgment.

We wish to thank Mr. Tim Humphrey, from the Montana Defender Project, for his assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.

## SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan

From: The District Court of the Eighth Judicial District, County of Choteau. STATE OF MONTANA, Plaintiff, vs. JEFFREY ALLEN ALBRECHT, Defendant.

## DECISION

No. DC-82-006

The application of the above-named defendant for a review of the sentence of 5 years imposed on June 23, 1982, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall be amended to 5 years with 3 years suspended.

The reasons for the amendment are as follows:

(1) the age of the Defendant;

(2) the recommendation by the parole officer in the parole reports;

(3) the comments made by the sentencing judge in his sentencing report, that he felt there was some doubt concerning granting the Defendant a five-year sentence; and

(4) there were no reasons given for a five-year sentence when the Defendant is a first-time offender.

We wish to thank Sally Christensen, of the Montana Defender Project, for her assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.

## SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan

From: The District Court of the Eighth Judicial District, County of Cascade. STATE OF MONTANA, Plaintiff, vs. MICHAEL ALAN DICKENS, Defendant.

## DECISION

No. (B)DC-18-011

The application of the above-named defendant for a review of the sentence of 20 years for Count II; plus 10 years for weapon; consecutive; plus 30 years for Count I to run concurrently to the above imposed on June 8, 1981, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall remain the same as originally imposed.

This Board reviewed the District Court file very carefully and feels under the circumstances as set forth in the Court Findings, the sentence imposed was